F. Peter James, Esq.
Nevada Bar No. 10091
Peter@PeterJamesLawOffices.com
THE LAW OFFICES OF F. PETER JAMES
3821 West Charleston Blvd.
Suite 250
Las Vegas, Nevada 89102
702-914-0400
702-914-0256 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN HIGHLANDS, LLC, a Nevada limited liability company,

Plaintiff,

vs.

Ryan Field, an Individual D/B/A Homes of Southern Highland; Joseph Iuliucci, an Individual D/B/A Keller Williams Las Vegas; Jenelle Iuliucci, an Individual D/B/A Keller Williams Las Vegas,

Defendants.

Case No.: 2:14 cv 01216-APG-GWF

**DEFAULT JUDGMENT**

Defendant Ryan Field, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 24, 2104, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Plaintiff SOUTHERN HIGHLANDS, LLC. ("SOUTHERN HIGHLANDS") and against Defendant Ryan Field as follows:

1) a permanent injunction against Defendant Ryan Field to immediately cease and desist from further use of all SOUTHERN HIGHLANDS marks and logos and any "SH" logo in conjunction with any services or goods offered by Defendant Ryan Field, as wells as any marketing, advertisements or domain names owned or utilized by Defendant Ryan Field in any manner; and

2) transfer of any and all ownership interests of Defendant Ryan Field to SOUTHERN HIGHLANDS in the following domain names: "homesofsouthernhighlands.com", "whatismysouthernhighlandshomeworth.com" and "luxuryhomesofsouthernhighlands.com", and

Dated: January 12, 2015.

_____
UNITED STATES DISTRICT JUDGE